UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYLES J. TOMBLINE, et al.,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

Case No. 13-cv-04567-JD

**ORDER OF DISMISSAL**

Re: Dkt. No. 51

Pursuant to the parties' stipulation, *see* Dkt. No. 47, and based on the parties' representation that Wells Fargo has provided refunds to the eleven absent class members mentioned in the Court's Order on the Stipulated Request for Order of Dismissal, *see* Dkt. No. 50 at 5, the Court dismisses the individual claims of plaintiffs Myles J. Tombline and Maria J. Lopane with prejudice, and dismisses the class action allegations without prejudice.

Dated: February 9, 2015

_____
JAMES DONATO
United States District Judge